# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William A Graven, | No. CV-19-04586-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendant. | |

I hereby recuse myself from any further action in the above-captioned matter.

IT IS ORDERED this case be reassigned, by lot, to another Judge in the District of Arizona.

IT IS FURTHER ORDERED that this matter has been reassigned by random lot to the Honorable Steven P. Logan. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-19-04586-PHX-SPL.

Dated this 28th day of June, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge