1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                           FOR THE DISTRICT OF ARIZONA

8
   William A. Graven,                        )     No. CV-19-04586-PHX-SPL
9                                            )
                          Plaintiff,         )
10                                           )     **ORDER**
   vs.                                       )
11                                           )
                                             )
   State of Arizona,                         )
12                                           )
                                             )
13                        Defendant.         )
                                             )
14  _____       )

15        Defendant has filed a Motion to Dismiss (Doc. 11).

16                     **NOTICE -- WARNING TO PLAINTIFF**

17        The Motion to Dismiss seeks to have all or part of your case dismissed. Plaintiff is

18  advised of the following specific provisions of Rule 7.2 of the Local Rules of Civil

19  Procedure ("LRCiv"), Rules of Practice of the U.S. District Court for the District of

20  Arizona:

21        Subparagraph (e) provides:

22            (1) Unless otherwise permitted by the Court, a motion
              including its supporting memorandum, and the response
23            including its supporting memorandum, may not exceed
              seventeen (17) pages, exclusive of attachments and any
24            required statement of facts.

25            (2) Unless otherwise permitted by the Court, a reply including
              its supporting memorandum shall not exceed eleven (11)
26            pages, exclusive of attachments.

27

28

1    Subparagraph (i) provides:

2         If a motion does not conform in all substantial respects with
          the requirements of this Local Rule, or if the unrepresented
3         party or counsel does not serve and file the required answering
          memoranda, of if the unrepresented party or counsel fails to
4         appear at the time and place assigned for oral argument, such
          non-compliance may be deemed a consent to the denial or
5         granting of the motion and the Court may dispose of the motion
          summarily.

6

7    It is Plaintiff's obligation to timely respond to all motions. **The failure of Plaintiff**

8    **to respond to the Motion to Dismiss may in the discretion of the Court be deemed as**

9    **consent to the granting of that Motion without further notice, and judgment may be**

10   **entered dismissing the complaint and action with prejudice pursuant to LRCiv 7.2(i).**

11   *See Brydges v. Lewis*, 18 F.3d 651 (9th Cir. 1994) (per curiam). Accordingly,

12        **IT IS ORDERED** that Plaintiff shall have until **August 23, 2019** to file a response

13   to the Motion to Dismiss (Doc. 11).

14        **IT IS FURTHER ORDERED** that Defendant shall file any reply within **fifteen**

15   **(15) days** from the date Plaintiff's response is filed.

16        **IT IS FURTHER ORDERED** that the Motion shall be deemed ready for decision

17   without oral argument on the day following the date set for filing a reply unless otherwise

18   ordered by the Court.

19        Dated this 24th day of July, 2019.

20

21

22        Honorable Steven P. Logan
          United States District Judge

23

24

25

26

27

28

2